

# Fourth Court of Appeals
## San Antonio, Texas

January 11, 2021

No. 04-21-00007-CV

**IN THE INTEREST OF H.S., A CHILD**

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA01861
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

On December 28, 2020, appellant filed a notice of appeal stating his intent to appeal a final decree of termination signed on December 9, 2020. The clerk's record was filed on January 8, 2021. Although the clerk's record contains the judge's notes, the clerk's record did not contain an order terminating appellant's parental rights. *See In re L.H.*, No. 04-13-00174-CV, 2013 WL 3804585, at *1 (Tex. App.—San Antonio July 17, 2013, no pet.) (mem. op.) (noting judge's notes do not constitute a final order). In response to this court's inquiry, the trial court clerk confirmed the trial court has not entered a final order.

"[A]n appeal may be prosecuted only from a final judgment." *Ne. Indep. Sch. Dist. v. Aldridge*, 400 S.W.2d 893, 895 (Tex. 1966). Because no final order has been entered in the underlying case, we **ORDER** appellant to show cause in writing **by January 21, 2021** why this appeal should not be dismissed for lack of jurisdiction. If appellant fails to satisfactorily respond within the time provided, the appeal will be dismissed. *See* Tex. R. App. P. 42.3(c). If a supplemental clerk's record is required to establish this court's jurisdiction, appellant must ask the trial court clerk to prepare one and must notify the clerk of this court that such a request was made. All deadlines in this matter are suspended until further order of the court.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of January, 2021.

FILE COPY



MICHAEL A. CRUZ, Clerk of Court